**IN THE DISTRICT COURT OF THE UNITED STATES**

**For the Western District of New York**

_____

March 2008 Grand Jury
Empaneled March 27, 2008

**THE UNITED STATES OF AMERICA**

          _-vs-_                           **INDICTMENT**

**BRANDON A. DeCAPUA**       Violations:
Title 18, United States Code, Sections 2252A(a)(2)(A), 2252A(b)(1),2252A(a)(5)(B) and 2252A(b)(2)

<u>COUNTS 1 through 8</u>

**(Receipt of Child Pornography)**

**The Grand Jury Charges That:**

On or about the dates enumerated in the Table below, in the Western District of New York and elsewhere, the defendant, **BRANDON A. DeCAPUA,** did knowingly receive, and attempt to receive, child pornography, as defined by Title 18, United States Code, Sections 2256(8)(A) and (B), that had been shipped and transported in

interstate and foreign commerce by any means, including by computer:

**TABLE**

| Count | Date | File Name/Description |
|---|---|---|
| 1 | 10/23/2006 | 2 young Russian girls sex Lolita porn flatrix young teen hustler playboy penthouse preteen virgin.jpg |
| 2 | 10/23/2006 | mafiasex.ru_children_kids_hard_000298_childporn_collection_5_pussy_illegal_preteen_underage_lolit.jpg |
| 3 | 10/23/2006 | mafiasex.ru_children_kids_hard_000300_childporn_collection_10_pussy_illegal_preteen_underage_lol2.jpg |
| 4 | 10/23/2006 | 18 year old 17 16 15 14 12 yo yr yrs pics pic girls girl teen teenie Lolita free pussy xxx porn v.jpg |
| 5 | 10/23/2006 | mafiasex.ru_children_kids_hard_000300_childporn_collection_10_pussy_illegal_preteen_underage_loli.jpg |
| 6 | 11/4/2006 | 11 yo girl rides the cock and loves it kiddy porn incest sex naughty little girl slut, priceless.mpg |
| 7 | 11/4/2006 | bestiality-animal sex-bestiality very young girl in white gets fucked by her big dog.mpg |
| 8 | 11/8/2006 | me fucking my tiny blond daughter in her bed when she was about 17, have film of us fucking sinc.mpg |

**All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).**

## COUNT 9

**(Possession of Child Pornography)**

**The Grand Jury Further Charges That:**

On or about January 29, 2008, in the Western District of New York, the defendant, BRANDON A. DeCAPUA, did knowingly possess material, that is, a Memorex Brand Compact Disk labeled disk-1, that contained images of child pornography, as defined by Title 18, United States Code, Sections 2256(8)(A) and (B), that had been transported in interstate and foreign commerce by computer, and that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## COUNT 10

**(Possession of Child Pornography)**

**The Grand Jury Further Charges That:**

On or about January 29, 2008, in the Western District of New York, the defendant, BRANDON A. DeCAPUA, did knowingly possess material, that is, a Memorex Brand Compact Disk labeled disk 2, that contained images of child pornography, as defined by Title 18, United States Code, Sections 2256(8)(A) and (B), that had been transported in interstate and foreign commerce by computer, and that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

# COUNT 11
## (Possession of Child Pornography)

**The Grand Jury Further Charges That:**

On or about January 29, 2008, in the Western District of New York, the defendant, BRANDON A. DeCAPUA, did knowingly possess material, that is, an iMation Brand Compact Disk labeled disk 3, that contained images of child pornography, as defined by Title 18, United States Code, Sections 2256(8)(A) and (B), that had been transported in interstate and foreign commerce by computer, and that had been produced using materials that had

been mailed, shipped, and transported in interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

DATED:	Rochester, New York, August 13, 2008.

        TERRANCE P. FLYNN
        United States Attorney


By: s/Tiffany H. Lee
    TIFFANY H. LEE
    Assistant U.S. Attorney
For: CRAIG R. GESTRING
    Assistant U.S. Attorney
    United States Attorney's Office
    Western District of New York
    620 Federal Courthouse
    100 State Street
    Rochester, New York 14614
    (585) 263-6760, ext. 2279
    craig.gestring@usdoj.gov


A TRUE BILL:


 s/Foreperson
Foreperson