UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                     DECISION AND ORDER
                                                     08-CR-6171L

        v.

BRANDON DE CAPUA,

                Defendant.
_____

     By motion (Dkt. #37), the defendant Brandon DeCapua seeks an order for the return of certain items of personal property that were allegedly seized by the Government in connection with defendant's arrest on charges relating to the possession of child pornography.  The Government has responded (Dkt. #39) to the motion.  The motion is denied.  Based on the Government's response, certain items seized were contraband as items involved in or that facilitated possession of child pornography and they have been destroyed.  The other items mentioned are not, nor have they been, in the possession of the Government.

CONCLUSION

     Defendant's motion for return of property (Dkt. # 37) is in all respects denied.

     IT IS SO ORDERED.

                                                _____
                                                 DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
        May 31, 2011.